

# Fourth Court of Appeals
## San Antonio, Texas

September 2, 2016

No. 04-16-00131-CV

**REGENT CARE CENTER AT MEDICAL CENTER**,
Appellant

v.

William **HOLLIS**,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 380950
Honorable Karen A. Crouch, Judge Presiding

# O R D E R

Appellant's second request for an extension of time to file its brief is GRANTED. Appellant's brief is due on **October 10, 2016.**

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of September, 2016.

_____
Keith E. Hottle
Clerk of Court